UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORLANDO MARCHELLO PERDOMO,<br><br>                              Petitioner,<br><br>                    -v.-<br><br>UNITED STATES OF AMERICA,<br><br>                              Respondent. | 24 Civ. 5048 (JHR) (VF)<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

JENNIFER H. REARDEN, District Judge:

On July 2, 2024, Petitioner Orlando Marchello Perdomo ("Petitioner") filed a petition to

quash administrative summonses issued by the Internal Revenue Service to Bank of America,

Capital One Bank, Chase Bank, PNC Bank, TD Bank, and Wells Fargo.  ECF No. 1.  On April

23, 2025, Petitioner amended his petition to challenge an administrative summons issued to an

additional financial institution, American Express.  ECF No. 16.  Respondent the United States

of America ("Respondent") moved to deny the amended petition to quash.  ECF No. 20.  Before

the Court is the Report and Recommendation of Magistrate Judge Valerie Figueredo, ECF No.

34, recommending that Respondent's motion be granted and that Petitioner's amended petition to

quash be denied.  *Id.* at 1.  The Court has examined the Report and Recommendation and notes

that no objections have been filed.  For the reasons set forth below, the Court finds no clear error

in the Report and Recommendation and ADOPTS Judge Figueredo's recommendation.

### BACKGROUND[1]

Petitioner filed his petition on July 2, 2024.  ECF No. 1.  On August 22, 2024,

Respondent moved to deny the petition.  ECF No. 4.  After the Court granted extension requests

---

[1] Familiarity with the facts, which are set forth in detail in the Report and Recommendation, is
assumed.  *See* ECF No. 34.

from each party, Petitioner timely filed his response on September 19, 2024, *see* ECF Nos. 7, 8, 10, and Respondent filed its reply on October 3, 2024, *see* ECF Nos. 11-13.

On April 23, 2025, Petitioner filed a letter stating his intention to amend his petition "on the basis of an additional summons that [Petitioner] received notice of from the Internal Revenue Service earlier th[at] month." ECF No. 15. Respondent consented, *id.*, and Petitioner filed the amended petition later that day. ECF No. 16. On April 30, 2025, the Court referred this action to Judge Figueredo for all purposes except trial. ECF No. 17. On May 2, 2025, Respondent requested withdrawal of its prior motion to deny, and the parties jointly proposed an extended briefing schedule on the amended petition. ECF No. 18. Judge Figueredo granted withdrawal of the motion and the parties' proposed briefing schedule on May 5, 2025. ECF No. 19. On May 23, 2025, Respondent moved to deny the amended petition. ECF No. 20. After securing an extension from Judge Figueredo, Petitioner timely filed his response to the motion on July 3, 2025. *See* ECF Nos. 24, 32. Respondent timely filed its reply on July 17, 2025. *See* ECF Nos. 24, 33.

On October 14, 2025, Judge Figueredo issued a Report and Recommendation that Respondent's motion to deny the amended petition be granted and that the amended petition be denied. ECF No. 34 at 1. The Report and Recommendation notified the parties that they had "**fourteen (14) days . . . to file any objections.**" *Id.* at 16. The Report and Recommendation further cautioned that, "**[i]f a party fail[ed] to file timely objections, that party w[ould] not be permitted to raise any objections to this Report and Recommendation on appeal.**" *Id.* In addition, the Report and Recommendation expressly called the parties' attention to Rule 72 of the Federal Rules of Civil Procedure (governing pretrial orders issued by magistrate judges) and 28 U.S.C. § 636(b)(1) (governing the jurisdiction of magistrate judges), both of which detail

2

procedures for objecting to the Report and Recommendation. *See id.* at 16. No objections have been filed, nor has any extension of time to file objections been requested.

## DISCUSSION

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also Oparaji v. Home Retention Corp.*, No. 24-1444, 2025 WL 1901297, at *2 (2d Cir. July 10, 2025). With respect to those portions of the report to which no timely objection has been made, however, a district court need only satisfy itself that no clear error on the face of the record exists. *See, e.g.*, *Marky's Martial Arts, Inc. v. FC Online Marketing, Inc.*, No. 19 Civ. 03363 (ALC) (VF), 2023 WL 171401, at *1 (S.D.N.Y. Jan. 12, 2023). A report and recommendation "is clearly erroneous if the reviewing court is 'left with the definite and firm conviction that a mistake has been committed.'" *Nazon v. Time Equities, Inc.*, No. 21 Civ. 8680 (AT) (SLC), 2023 WL 1516905, at *1 (S.D.N.Y. Feb. 3, 2023), *appeal withdrawn*, No. 23-259, 2023 WL 5570818 (2d Cir. July 12, 2023) (quoting *Easley v. Cromartie*, 532 U.S. 234, 242 (2001)).

Notwithstanding a direct warning that a failure to file objections would preclude appellate review, ECF No. 34 at 16, Petitioner did not file any objections to the Report and Recommendation. Thus, Petitioner waived the right to judicial review. *See Fredricks v. Desrochas*, No. 21 Civ. 8389 (JGLC) (SLC), 2025 WL 1018870, at *1 (S.D.N.Y. Apr. 4, 2025) (citing *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992)); *see also Mario v. P & C Food Markets, Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision.") (citing *Small v. Sec'y of Health*

3

*and Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (per curiam)).  The Court has carefully reviewed the Report and Recommendation in any event and, unguided by objections, finds no clear error.  The Report and Recommendation is "well-reasoned and grounded in fact and law." *Fredricks*, 2025 WL 1018870, at *1.  Accordingly, the Report and Recommendation is ADOPTED in its entirety.

The Clerk of Court is directed to terminate all pending motions and close the case.

SO ORDERED.

Dated: December 15, 2025
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

4