**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ORLANDO MARCHELLO PERDOMO,

                PETITIONER,                       24 **CIVIL** 5048 (JHR)(VF)

        -against-                         **JUDGMENT**

UNITED STATES OF AMERICA,

                RESPONDENT.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated December 15, 2025, the Court adopts the Report &

Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
        December 17, 2025

                             **TAMMI M. HELLWIG**
                             _____
                               **Clerk of Court**

               **BY:**                           _____
                               **Deputy Clerk**